IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DOUGLAS DESEAN LOGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CV 323-092 |
| WARDEN BRIAN CHAMBERS; DR. AYEDUN; MS. DANIEL; MS. ODOM; and MS. OLIVER, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 1st day of February, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE